## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Ollie FAISON, Petitioner,**

v.

**DEPARTMENT OF DEFENSE, Respondent.**

No. 2008–3224.

United States Court of Appeals, Federal Circuit.

Sept. 30, 2008.

## ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**MINNEAPOLIS COMMUNITY DE-VELOPMENT AGENCY and The City of Minneapolis, Appellants,**

v.

**David L. BIBB, Acting Administrator, General Services Administration, Appellee.**

No. 2008–1440.

United States Court of Appeals, Federal Circuit.

Sept. 30, 2008.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.